Nos. 24-5319/5320/5341

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
May 30, 2024
KELLY L. STEPHENS, Clerk

CHELESY EASTEP, as surviving spouse and next of kin of Landon Dwayne Eastep,

    Plaintiff-Appellee,

v.

CITY OF NASHVILLE,

    Defendant,

and

BRIAN MURPHY; STEVE CARRICK; EDIN PLANCIC; SEAN WILLIAMS; JUSTIN PINKELTON; JAMES KIDD, in their individual and official capacity as an officer of the Metropolitan Nashville Police Department (**24-5319**); FABJAN LLUKAJ, in their individual and official capacity as an officer of the Mt. Juliet Police Department (**24-5320**); REGGIE EDGE, JR.; CHARLES ACHINGER, in their individual and official capacity as officers of the Tennessee Highway Patrol (**24-5341**),

    Defendants-Appellants.

O R D E R

Defendants appeal an interlocutory order of the district court denying their motion to dismiss, based on qualified immunity, in this civil rights action alleging violations of the Fourth Amendment and related claims arising from the shooting death of plaintiff's spouse. The defendants now jointly move to consolidate the three appeals for briefing and submission and for an extension of time until August 7 to file their principal brief. The plaintiff offers no response.

- 2 -

Upon review, the motion is **GRANTED**, and the three appeals are consolidated for briefing and submission.  The motion for an extension of time is also **GRANTED**.  Briefing will be reset by separate letter.

                              ENTERED PURSUANT TO RULE 45(a)
                              RULES OF THE SIXTH CIRCUIT

                              Kelly L. Stephens, Clerk