UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Nos. 24-5319/5320/5341

CHELESY EASTEP, as surviving spouse and next of kin of Landon Dwayne Eastep,

    Plaintiff - Appellee,

    v.

CITY OF NASHVILLE, TENNESSEE,

    Defendant,

BRIAN MURPHY, STEVEN CARRICK, EDIN PLANCIC, SEAN WILLIAMS, JUSTIN PINKELTON, and JAMES KIDD, in their individual and official capacities as officers of the Metropolitan Nashville Police Department (24-5319); FABJAN LLUKAJ, in his individual and official capacity as an officer of the Mt. Juliet Police Department (24-5320); REGGIE EDGE, JR. and CHARLES ACHINGER, in their individual and official capacities as officers of the Tennessee Highway Patrol (24-5341),

    Defendants - Appellants.

**FILED**
Oct 17, 2025
KELLY L. STEPHENS, Clerk

Before: MURPHY, DAVIS, and BLOOMEKATZ, Circuit Judges.

# JUDGMENT

On Appeal from the United States District Court
for the Middle District of Tennessee at Nashville.

THIS CAUSE was heard on the record from the district court and was argued by counsel.

IN CONSIDERATION THEREOF, it is ORDERED that the judgment of the district court is AFFIRMED IN PART and REVERSED IN PART.

**ENTERED BY ORDER OF THE COURT**

_Kelly L. Stephens_

Kelly L. Stephens, Clerk