**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: November 12, 2025

Ms. Lynda M. Hill
Middle District of Tennessee at Nashville
801 Broadway
Suite 800 U.S. Courthouse
Nashville, TN 37203

Re: Case No. 24-5319/24-5320/24-5341, *Chelesy Eastep v. City of Nashville, TN, et al*
Originating Case No. 3:22-cv-00721

Dear Ms. Hill,

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Kelly Stephens
Case Management Specialist: Sharday

cc: Mr. Robert M. Burns
   Mr. Michael Robert Dohn
   Ms. Amanda Shanan Jordan
   Mr. Gabriel Krimm
   Mr. David John McKenzie
   Ms. Barbara Gillespie Medley
   Ms. Meghan O. Murphy
   Ms. Melissa Roberge

Enclosure

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No: 24-5319/24-5320/24-5341

Filed: November 12, 2025

CHELESY EASTEP, as surviving spouse and next of kin of Landon Dwayne Eastep

    Plaintiff - Appellee

v.

CITY OF NASHVILLE, TN

    Defendant

 and

BRIAN MURPHY; STEVEN CARRICK; EDIN PLANCIC; SEAN WILLIAMS; JUSTIN PINKELTON; JAMES KIDD, in their individual and official capacity as an officer of the Metropolitan Nashville Police Department [24-5319]

FABJAN LLUKAJ, in his individual and official capacity as an officer of the Mt. Juliet Police Department [24-5320]

REGGIE EDGE, JR.; CHARLES ACHINGER, in their individual and official capacity as officers of the Tennessee Highway Patrol [24-5341]

    Defendants - Appellants

## MANDATE

   Pursuant to the court's disposition that was filed 10/17/2025 the mandate for this case hereby issues today.

 COSTS: None