# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

January 20, 2026

Clerk
United States Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH  45202-3988

**FILED**
Jan 23, 2026
KELLY L. STEPHENS, Clerk

Re:  Chelesy Eastep, as Surviving Spouse and Next of Kin of Landon
     Dwayne Eastep
     v. Steven Carrick, et al.
     No. 25-859
     (Your No. 24-5319, 24-5320, 24-5341)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on January 15, 2026 and placed on the docket January 20, 2026 as No. 25-859.

Sincerely,

**Scott S. Harris**, Clerk

by

Sara Simmons
Case Analyst